## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### MEMORANDUM

**FILED**

MAR 23 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Edward J. Garcia
United States District Judge
Sacramento, California

          RE:    **Eric Maurice SISCO**
                 **Docket Number: 2:04CR00056-01**
                 **REQUEST TO RELEASE FILE DOCUMENTS**

Your Honor:

The purpose of this letter is to request that copies of the offender's monthly supervision reports be released to the Sacramento County District Attorney's Office for the purpose of evidence in Mr. Sisco's current trial.

On September 17, 2004, in Your Honor's Court, Mr. Sisco was sentenced to 48 months custody of the Bureau of Prisons with a one-year term of supervised release, for violation of 21 USC 843(b) - Use of a Communication Facility in a Drug Trafficking Offense. On December 15, 2006, the offender released from custody and began his term of supervised release, and successfully terminated from supervision on December 14, 2007.

Mr. Noah Phillips, the lead prosecutor in the case, is requesting copies of Mr. Sisco's supervision reports for the months of June 2007 to December 2007. According to Mr. Phillips, the offender has been charged with two separate counts of Attempted Murder based on two separate shootings, one on July 7, 2008, and the other on September 28, 2008. He hopes to use the above-noted monthly supervision reports to establish the offender's whereabouts during the times in question.

Rev. 11/2009
MEMO ~ COURT.MRG

**Honorable Edward J. Garcia**  **Re: Eric M. SISCO**
**March 22, 2010**  **Dkt. No.:  2:04CR00056-01**

If you require any additional information regarding this matter, please do not hesitate to contact me at (916) 930-4321.

Respectfully submitted,

*[signature]*

**CASEY HORNER, SR.**
**Senior United States Probation Officer**

Dated:   March 22, 2010
         Sacramento, California
         CKH:mc

**REVIEWED BY:**   *Deborah A. Spencer by Casey Horner, Sr.*
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

cc:   William S. Wong
      Assistant United States Attorney

      Racelle D. Barbour
      Defense Counsel

AGREE:  ✓                    DISAGREE: _____

_____     3/22/10
Honorable Edward J. Garcia           Date